THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN GOLDBERG, PAULA COHEN, STELLA SILINSKY, YETTA EDELMAN, HENRIETTA LOEHMAN and IDA COHEN, Appellants.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents as to the defendants Paula Cohen, Henrietta Loehman, Stella Silinsky and Ida Cohen, and votes to reverse and dismiss the information, on the ground that the guilt of these defendants was not established beyond a reasonable doubt.

UNION SPECIAL MACHINE COMPANY, Appellant, v. WEISS & CURATOLA PANTS CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOHN KRAJCIK, Respondent, v. GENERAL BUILDERS SUPPLY CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of JOSEPH CETRONE, Petitioner. JOHN H. DELANEY et al., Constituting the Board of Transportation of the City of New York, Respondents.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARTHA AJELLO, Respondent, v. WARREN SMADBECK, Trading under the Name of LAKE PARSIPPANY, Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

AUGUSTA GLUCKIN, Respondent, v. BULASKY MACHINE CORPORATION et al., Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN LAMBIE, Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LOUIS D. KRASNER, Appellant, v. DIXIE FIRE INSURANCE COMPANY, Respondent.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to modify to the extent of granting plaintiff's motion under rule 103 of the Rules of Civil Practice.